### 13416. BIRD *v.* THE STATE.

BROYLES, C. J. The defendant was convicted on circumstantial evidence
alone, and the evidence was not sufficient to exclude every reasonable
hypothesis save that of his guilt. The verdict, therefore, was unau-
thorized under the law and the evidence, and the court erred in over-
ruling the motion for a new trial.

> *Judgment reversed. Luke and Bloodworth, JJ., concur.*
> DECIDED MAY 9, 1922.

Indictment for burglary; from Evans superior court — Judge Sheppard. January 14, 1922.

*Anderson & Jones, John P. Moore, W. G. Neville,* for plaintiff in error.

*J. Saxton Daniel,* solicitor-general, contra.